IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KIM EDWARD KULICH,<br>BOP No. 53797-097,<br><br>  Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CIVIL ACTION NO.<br>1:11-CV-3905-CC<br><br>CRIMINAL ACTION NO.<br>1:00-CR-506-CC |
| KIM EDWARD KULICH,<br>BOP No. 53797-097,<br><br>  Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CIVIL ACTION NO.<br>1:11-CV-3906-CC<br><br>CRIMINAL ACTION NO.<br>1:01-CR-189-CC |
| KIM EDWARD KULICH,<br>BOP No. 53797-097,<br><br>  Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CIVIL ACTION NO.<br>1:11-CV-3907-CC<br><br>CRIMINAL ACTION NO.<br>1:01-CR-207-CC |

**ORDER**

This matter is before the Court on the Final Report and Recommendation issued by Magistrate Judge E. Clayton Scofield on December 1, 2011, recommending that Kim Edward Kulich's consolidated § 2255 motion [-506 Case Doc. No. 55; -189 Case Doc. No. 15, -207 Case Doc. No. 15] be denied, that each of the three associated

civil cases listed in the caption be dismissed, and that a certificate of appealability be denied.  The record reflects that no objections to the Final Report and Recommendation have been filed and that the time permitted for filing any such objections has elapsed.

After careful review, the Court finds that the Final Report and Recommendation is correct both in fact and in law.  Accordingly, the Court **ADOPTS** the Final Report and Recommendation in its entirety.  For the reasons stated therein, the Court **DENIES** Kulich's consolidated § 2255 motion and **ORDERS** that the three associated civil cases listed in the caption are hereby **DISMISSED**.  The Court further **DENIES** the issuance of a certificate of appealability.

SO ORDERED this 20th day of December, 2011.

s/ CLARENCE COOPER

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE